IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AUNDRAY DESEAN HALL, #T4417                                     PETITIONER

v.                                              CIVIL NO. 1:23-cv-257-LG-LGI

KYLE CUMINING                                                    RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY ORDERED AND ADJUDGED that this Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE